| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this an amended filing |

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                      04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Marinetek North America, Inc.** |
| **2.** | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **41-2276517** |
| **4.** | **Debtor's address** | **Principal place of business**<br><br>**111 2nd Avenue NE #360**<br>**Saint Petersburg, FL 33701**<br>Number, Street, City, State & ZIP Code<br><br>**Pinellas**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**25095 Old 41 Road Bonita Springs, FL 34135**<br>Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor **Marinetek North America, Inc.**      Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
     __1799__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Marinetek North America, Inc.** Case number (*if known*) _____
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | **Marinetek Group Oy** | Relationship **Parent Company** |
| District | **Finland** When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**
*Check all that apply:*
☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**
*Check one:*
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Marinetek North America, Inc.**　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐  $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  **Marinetek North America, Inc.**　　　　Case number (*if known*)
　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 26, 2021**
　　　　　　　MM / DD / YYYY

**X /s/ John Dunham**　　　　　　　　　　　　　**John Dunham**
Signature of authorized representative of debtor　　Printed name

Title **Sr. Vice President**

**18. Signature of attorney**

**X /s/ Daniel Etlinger**　　　　　　　　　　　　Date **July 26, 2021**
Signature of attorney for debtor　　　　　　　　　　　　MM / DD / YYYY

**Daniel Etlinger**
Printed name

**David Jennis, PA d/b/a Jennis Morse Etlinger**
Firm name

**606 East Madison Street**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone **(813) 229-2800**　　　　Email address **ecf@JennisLaw.com**

**77420 FL**
Bar number and State

# MARINETEK

**Marinetek NA** — Currency: USD — Monthly Actuals 2021

## PROFIT & LOSS ACCOUNT

| | Marinetek NA | January | February | March | April | May | June | July | August | September | October | November | December | Total year 2021 | Accounts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 300 | Turnover - external | | | 14,362 | | 13,076 | 3,540 | | | | | | | 30,978 | |
| 305 | Turnover - internal | | | | | | | | | | | | | 0 | |
| 310 | Other operating income | 260 | | | 260 | | 520 | | | | | | | 1,040 | |
| | **Total revenue** | 260 | 0 | 14,362 | 260 | 13,076 | 4,060 | 0 | 0 | 0 | 0 | 0 | 0 | 32,018 | |
| | | | | | | | | | | | | | | | |
| 400 | Material costs & Job Related Expenses & subcontractors | 1,822 | 3,765 | 11,724 | 1,931 | 9,239 | 2,990 | | | | | | | 31,471 | |
| 410 | Change in stock | | | | | | | | | | | | | 0 | |
| 420 | Variable salaries+ other personnel costs | | | | | | | | | | | | | 0 | |
| 430 | External services (in forecast factory expenses) | 8 | | | | 3,023 | 2,588 | | | | | | | 5,619 | |
| 435 | Internal variable expenses (royalties) | 659 | -813 | 522 | 1,082 | | | | | | | | | 1,450 | |
| | **TOTAL VARIABLE EXPENSES** | 2,489 | 2,952 | 12,246 | 3,013 | 12,262 | 5,578 | 0 | 0 | 0 | 0 | 0 | 0 | 38,540 | |
| | | | | | | | | | | | | | | | |
| | Gross Margin | -2,229 | -2,952 | 2,116 | -2,753 | 814 | -1,518 | 0 | 0 | 0 | 0 | 0 | 0 | -6,522 | |
| | Gross Margin-% | -857 | #DIV/0! | 15 | -1,059 | 6 | -37 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | -20 | |
| | | | | | | | | | | | | | | | |
| 600 | Salaries | 14,808 | 15,384 | 15,385 | 23,077 | 15,385 | 15,385 | | | | | | | 99,424 | |
| 610 | Other Personnel costs | 2,479 | 2,121 | 2,088 | 2,844 | 2,088 | 2,088 | | | | | | | 13,708 | |
| 620 | Rents and premises costs | 270 | 271 | 271 | 271 | 271 | 283 | | | | | | | 1,637 | |
| 630 | Marketing | | | | | | | | | | | | | 0 | |
| 640 | Travel costs | 1,724 | 403 | 3,948 | 1,570 | 2,022 | 3,117 | | | | | | | 12,784 | |
| 650 | External hired employees | 443 | 516 | 1,291 | 1,300 | 0 | 36 | | | | | | | 3,586 | |
| 660 | External fixed services | 1,156 | 20,027 | 3,200 | 3,225 | 8,850 | 3,150 | | | | | | | 39,608 | |
| 670 | Other fixed costs | 8,577 | 1,571 | 4,422 | 4,607 | 4,493 | 2,949 | | | | | | | 26,619 | |
| 675 | Internal fixed expenses (management fee) | 457 | -563 | 361 | 750 | | | | | | | | | 1,005 | |
| | **TOTAL FIXED EXPENSES** | 29,914 | 39,730 | 30,966 | 37,644 | 33,109 | 27,008 | 0 | 0 | 0 | 0 | 0 | 0 | 198,371 | |
| | | | | | | | | | | | | | | | |
| | EBITDA | -32,143 | -42,682 | -28,850 | -40,397 | -32,295 | -28,526 | 0 | 0 | 0 | 0 | 0 | 0 | -204,893 | |
| | EBITDA-% | -12,363 | #DIV/0! | -201 | -15,537 | -247 | -703 | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | -640 | |
| | | | | | | | | | | | | | | | |
| 700 | Depreciations | 5,000 | 5,000 | | | | | | | | | | | 10,000 | |
| | | | | | | | | | | | | | | | |
| | **OPERATING PROFIT** | -37,143 | -47,682 | -28,850 | -40,397 | -32,295 | -28,526 | 0 | 0 | 0 | 0 | 0 | 0 | -214,893 | |
| | | | | | | | | | | | | | | | |
| 710 | Financial income (+) | | 1,321 | | | 30 | | | | | | | | 1,351 | |
| 720 | Financial expenses (-) | | -1,397 | | | -549 | -74 | | | | | | | -2,020 | |
| 730 | Realised exchange rate gains (+) | | | | | | | | | | | | | 0 | |
| 740 | Realised exhange rate losses (-) | | | | | | | | | | | | | 0 | |
| 760 | Unrealised exchange rate differences (+/-) | | | | | | | | | | | | | 0 | |
| 800 | Extraordinary items (+/-) * comment necessary | | | | | | | | | | | | | 0 | |
| | **PROFIT** | -37,143 | -47,758 | -28,850 | -40,397 | -32,814 | -28,600 | 0 | 0 | 0 | 0 | 0 | 0 | -215,562 | |
| 900 | Taxes | | | | | | | | | | | | | 0 | |
| 950 | Minority share | | | | | | | | | | | | | 0 | |
| | **Group Profit** | -37,143 | -47,758 | -28,850 | -40,397 | -32,814 | -28,600 | 0 | 0 | 0 | 0 | 0 | 0 | -215,562 | |
| | | | | | | | | | | | | | | -215,562 | |

**Marinetek NA** — Cumulative — Monthly Actuals 2021

## BALANCE SHEET

| | | Open balance | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **Assets** | | | | | | | | | | | | | |
| 100 | Intangible assets | 0 | | | | | | | | | | | | |
| 110 | Goodwill | 0 | | | | | | | | | | | | |
| | **Intangible assets total** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 120 | Land & water areas | 0 | | | | | | | | | | | | |
| 125 | Buildings | 0 | | | | | | | | | | | | |
| 130 | Machinery and equipments | 21,047 | 16,047 | 11,049 | 7,033 | -554 | -554 | -554 | | | | | | |
| 135 | Other tangible assets | 0 | | | | | | | | | | | | |
| | **Fixed assets total** | 21,047 | 16,047 | 11,049 | 7,033 | -554 | -554 | -554 | 0 | 0 | 0 | 0 | 0 | 0 |
| 140 | Holdings in group undertakings | 0 | | | | | | | | | | | | |
| 142 | Holdings in associated undertakings | 0 | | | | | | | | | | | | |
| 144 | Holdings in participating interests | 0 | | | | | | | | | | | | |
| 146 | Receivables from participating interests | 0 | | | | | | | | | | | | |
| 148 | Other shares and holdings | 0 | | | | | | | | | | | | |
| | **Shares and holdings total** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 150 | Raw materials and consumables | 277,854 | 277,854 | 277,854 | 277,854 | 277,854 | 277,854 | 277,854 | | | | | | |
| 152 | Work in progress | 0 | | | | | | | | | | | | |
| 154 | Finished goods | 0 | | | | | | | | | | | | |
| 156 | Other stocks | 0 | | | | | | | | | | | | |
| 158 | Advances paid | 0 | | | | | | | | | | | | |
| | **Inventories total** | 277,854 | 277,854 | 277,854 | 277,854 | 277,854 | 277,854 | 277,854 | 0 | 0 | 0 | 0 | 0 | 0 |
| 160 | Long-term loans receivables | 0 | | | | | | | | | | | | |
| 162 | Long-term loans receivables from group undertakings | 0 | | | | | | | | | | | | |
| 164 | Long-term loans receivables from participating interests | 0 | | | | | | | | | | | | |
| 166 | Other long-term receivables | 1,193,071 | 1,193,071 | 1,193,071 | 1,193,071 | 1,193,071 | 1,193,071 | 1,193,071 | | | | | | |
| | **Long-term receivables total** | 1,193,071 | 1,193,071 | 1,193,071 | 1,193,071 | 1,193,071 | 1,193,071 | 1,193,071 | 0 | 0 | 0 | 0 | 0 | 0 |
| 170 | Current trade debtors | 107,567 | 107,432 | 107,432 | 116,619 | 107,432 | 107,432 | 107,432 | | | | | | |
| 172 | Current trade debtors from group undertakings | 0 | | | | | | | | | | | | |
| 174 | Current trade debtors from participating interests | 0 | | | | | | | | | | | | |
| | **Trade debtors total** | 107,567 | 107,432 | 107,432 | 116,619 | 107,432 | 107,432 | 107,432 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | Cumulative | | | | | | Monthly Actuals 2021 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | January | February | March | April | May | June | July | August | September | October | November | December |
| 180 | Other current receivables | 18,872 | 15,718 | 20,090 | 21,126 | 18,471 | 15,409 | 18,148 | | | | | |
| 182 | Other current receivables from group undertakings | 0 | | | | | | | | | | | |
| 184 | Other current receivables from participating interests | 0 | | | | | | | | | | | |
| | **Other current receivables total** | 18,872 | 15,718 | 20,090 | 21,126 | 18,471 | 15,409 | 18,148 | 0 | 0 | 0 | 0 | 0 |
| | **Accounts receivables total** | 1,319,510 | 1,316,221 | 1,320,593 | 1,330,816 | 1,318,974 | 1,315,912 | 1,318,651 | 0 | 0 | 0 | 0 | 0 |
| 190 | Cash and bank balances | 1,272 | 9,923 | 8,591 | 6,713 | 44,915 | 21,160 | 2,532 | | | | | |
| | | 0 | | | | | | | | | | | |
| | **ASSETS TOTAL** | 1,619,683 | 1,620,045 | 1,618,087 | 1,622,416 | 1,641,189 | 1,614,372 | 1,598,483 | 0 | 0 | 0 | 0 | 0 |
| | Marinetek NA | | Cumulative | | | | | Monthly Actuals 2021 | | | | | |
| | BALANCE SHEET | | January | February | March | April | May | June | July | August | September | October | November | December |
| | **Liabilities** | 0 | | | | | | | | | | | |
| 200 | Subscribed capital | 508,497 | 508,497 | 508,497 | 508,497 | 508,497 | 508,497 | 508,497 | 508,497 | 508,497 | 508,497 | 508,497 | 508,497 | 508,497 |
| 202 | Share premium account | 0 | | | | | | | | | | | |
| 204 | Own shares or holdings reserve | 0 | | | | | | | | | | | |
| 206 | Reserve fund | 0 | | | | | | | | | | | |
| 208 | Shareholders extra investment | 0 | | | | | | | | | | | |
| 210 | Retained profits | -5,601,354 | -5,601,354 | -5,601,354 | -5,601,354 | -5,612,955 | -5,612,955 | -5,612,955 | -5,612,955 | -5,612,955 | -5,612,955 | -5,612,955 | -5,612,955 | -5,612,955 |
| 212 | Profit for the period | 0 | -37,143 | -84,901 | -113,751 | -154,148 | -186,962 | -215,562 | -215,562 | -215,562 | -215,562 | -215,562 | -215,562 | -215,562 |
| 214 | Minority | 0 | | | | | | | | | | | |
| 216 | Exchange difference | 0 | | | | | | | | | | | |
| | **Capital total** | -5,092,857 | -5,130,000 | -5,177,758 | -5,206,608 | -5,258,606 | -5,291,421 | -5,320,021 | -5,320,021 | -5,320,021 | -5,320,021 | -5,320,021 | -5,320,021 | -5,320,021 |
| 220 | Long-term loans from financial institutions | 0 | | | | | | | | | | | |
| 222 | Long-term loans from other | 0 | | | | | | | | | | | |
| 224 | Long-term loans from group undertakings | 0 | | | | | | | | | | | |
| 226 | Long-term loans from participating interests | 0 | | | | | | | | | | | |
| | **Long-term loans total** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 230 | Long-term trade creditors | 0 | | | | | | | | | | | |
| 232 | Long-term trade creditors to group undertakings | 0 | | | | | | | | | | | |
| 234 | Long-term trade creditors to participating interests | 0 | | | | | | | | | | | |
| | **Long-term trade creditors total** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 240 | Other long-term liabilities | 0 | | | | | | | | | | | |
| 242 | Other long-term liabilities to group undertakings | 0 | | | | | | | | | | | |
| 244 | Other long-term liabilities to participating interests | 0 | | | | | | | | | | | |
| | Other long-term liabilities total | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Long-term liabilities total** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 250 | Short-term loans from financial institutions | 551,487 | 551,487 | 553,394 | 553,394 | 553,394 | 553,394 | 553,394 | | | | | |
| 252 | Short-term loans from group undertakings | 5,109,597 | 5,166,746 | 5,248,307 | 5,311,450 | 5,322,595 | 5,335,786 | 5,357,269 | | | | | |
| 254 | Short-term loans from participating interests | 0 | | | | | | | | | | | |
| 256 | Short-term pension fund loans | 0 | | | | | | | | | | | |
| 258 | Short-term advances received | -260,826 | -260,826 | -260,826 | -256,140 | -202,881 | -217,143 | -217,372 | | | | | |
| | **Short-term loans and advances total** | 5,400,258 | 5,457,407 | 5,540,875 | 5,608,704 | 5,673,108 | 5,672,037 | 5,693,291 | 0 | 0 | 0 | 0 | 0 |
| 270 | Current trade creditors | 503,714 | 500,689 | 479,204 | 439,780 | 441,495 | 442,809 | 431,644 | | | | | |
| 272 | Current trade creditors to group undertakings | 768,568 | 771,949 | 775,765 | 780,540 | 785,192 | 790,947 | 793,569 | | | | | |
| 274 | Current trade creditors to participating interests | 0 | | | | | | | | | | | |
| | **Current trade creditors total** | 1,272,282 | 1,272,638 | 1,254,969 | 1,220,320 | 1,226,687 | 1,233,756 | 1,225,213 | 0 | 0 | 0 | 0 | 0 |
| 280 | Other current liabilities | 40,000 | 20,000 | 0 | 0 | | | | | | | | |
| 282 | Other current liabilities to group undertakings | 0 | | | | | | | | | | | |
| 284 | Other current liabilities to participating interests | 0 | | | | | | | | | | | |
| 286 | Deferred current tax liability | 0 | | | | | | | | | | | |
| | **Other current liabilities total** | 40,000 | 20,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 290 | Current accruals and deferred income | 0 | | | | | | | | | | | |
| 292 | Current accruals and deferred income to group undertakings | 0 | | | | | | | | | | | |
| 294 | Current accruals and deferred income to participating interests | 0 | | | | | | | | | | | |
| | **Current accruals total** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | **Short-term liabilities total** | 6,712,540 | 6,750,045 | 6,795,844 | 6,829,024 | 6,899,795 | 6,905,793 | 6,918,504 | 0 | 0 | 0 | 0 | 0 |
| | | 0 | | | | | | | | | | | |
| | **LIABILITIES TOTAL** | 1,619,683 | 1,620,045 | 1,618,087 | 1,622,416 | 1,641,189 | 1,614,372 | 1,598,483 | -5,320,021 | -5,320,021 | -5,320,021 | -5,320,021 | -5,320,021 | -5,320,021 |
| | Check | | 0 | 0.00 | 0 | 0.00 | 0 | 0 | 0 | 5,320,021 | 5,320,020.73 | 5,320,020.73 | 5,320,020.73 | 5,320,020.73 | 5,320,020.73 |

# RESOLUTION OF
## MARINETEK NORTH AMERICA, INC.

WHEREAS, the undersigned duly appointed officers of Marinetek North America, Inc., a Delaware for profit corporation (the "Corporation"), do hereby adopt, approve and consent to in writing the following actions, properly waiving a meeting and notice on the same, and, certify these resolutions are in full force and have not been amended or rescinded, in their corporate capacities for the Corporation.

### RECITAL I – CORPORATE EXISTENCE
**WHEREFORE,** the Corporation was formed on February 11, 2008 as a Delaware for profit corporation; and, on October 30, 2012 filed its application as a foreign corporation for authorization to transact business in Florida. The Corporation is in good standing with both Delaware and Florida.

### RECITAL II – OFFICERS
**WHEREFORE,** the Corporation's officers are Mika Parviainen ("Parviainen") of Marintek Group Oy ("MGO") as the CEO; and, Nalle Stenman ("Stenman") of MGO as the CFO. By way of Resolution dated July 9, 2021 and signed by Parviainen and Stenman of MGO, John Dunham ("Dunham") has been elected as the bankruptcy officer.

### RESOLUTION I – BANKRUPTCY
**RESOLVED,** that in the judgment of the Corporation it is desirable and in the best interests of the Corporation, its creditors, and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of Chapter 11 of Title 11, United States Code. Furthermore, that Dunham is authorized and directed on behalf of the Corporation to execute and verify a petition in the name of the Corporation under Chapter 11 of Title 11, United States Code and to cause the same to be filed in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "Bankruptcy Case") in such form and at such time as Dunham on behalf of the Corporation shall determine. Finally, that Dunham is authorized and directed to execute and file or cause to be executed and filed all necessary documents including without limitation affidavits, applications, lists, motions, notices, papers, petitions, pleadings, schedules and statements as deemed necessary and proper in connection with the Bankruptcy Case.

### RESOLUTION II – BANKRUPTCY COUNSEL
**RESOLVED,** that David Jennis, P.A. d/b/a Jennis Morse Etlinger ("Bankruptcy Counsel"), located at 606 E. Madison Street, Tampa, Florida 33602, shall hereby be employed and retained as bankruptcy counsel for the Corporation in the Bankruptcy Case. Furthermore, that Dunham was authorized and directed on behalf of the Corporation to execute an *Engagement Agreement* with Bankruptcy Counsel to employ and retain the Bankruptcy Counsel. In addition, that Bankruptcy Counsel is authorized **(i)** to accept and rely upon all oral and written instructions from Dunham without the need to determine the authority or correctness or otherwise investigate the instructions, as the instructions of the Corporation; and, **(ii)** to communicate, both orally and in writing, with Dunahm regarding the Bankruptcy Case.

### RESOLUTION III – BANKRUPTCY COUNSEL RETAINER AND FEES

**RESOLVED,** that the Corporation was authorized to pay Bankruptcy Counsel an evaluative retainer of $7,500.00 and is authorized to pay Bankruptcy Counsel a retainer of $10,000.00 within thirty days of filing the Bankruptcy Case. The Corporation will pay Bankruptcy Counsel its allowed administrative claim pursuant to the terms identified in the Bankruptcy Case or as otherwise agreed upon between the Corporation and Bankruptcy Counsel.

### RESOLUTION IV – RATIFICATION OF ACTIONS

**RESOLVED,** that the Corporation does hereby adopt, approve, confirm, consent and ratify in all respects the deeds taken by Dunham and Bankruptcy Counsel **(i)** to seek relief under Chapter 11 of Title 11, United States Code; **(ii)** in connection with the Bankruptcy Case; or, **(iii)** any matter related thereto.

**IN WITNESS WHEREOF,** the undersigned in their corporate capacities for the Corporation have signed this Resolution on this ___ day of July, 2021.

MARINETEK NORTH AMERICA, INC.

By: _____

Print Name: Mika Parviainen

Capacity: CEO

MARINETEK NORTH AMERICA, INC.

By: _____

Print Name: Nalle Stenman

Capacity: CFO

# RESOLUTION OF
# MARINETEK NORTH AMERICA, INC.

WHEREAS, the undersigned duly appointed bankruptcy officer of Marinetek North America, Inc., a Delaware for profit corporation (the "Corporation"), does hereby adopt, approve and consent to in writing the following actions, properly waiving a meeting and notice on the same, in his corporate capacity for the Corporation.

## RECITAL I – CORPORATE EXISTENCE

WHEREFORE, the Corporation was formed on February 11, 2008 as a Delaware for profit corporation; and, on October 30, 2012 filed its application as a foreign corporation for authorization to transact business in Florida. The Corporation is in good standing with both Delaware and Florida.

## RECITAL II – OFFICERS

WHEREFORE, the Corporation's officers are Mika Parviainen ("Parviainen") of Marintek Group Oy ("MGO") as the CEO; and, Nalle Stenman ("Stenman") of MGO as the CFO. By way of Resolution dated July 9, 2021 and signed by Parviainen and Stenman of MGO, John Dunham ("Dunham") has been elected as the bankruptcy officer.

## RESOLUTION I – BANKRUPTCY

**RESOLVED,** that in the judgment of the Corporation it is desirable and in the best interests of the Corporation, its creditors, and other interested parties that a petition be filed by the Corporation seeking relief under the provisions of Chapter 11 of Title 11, United States Code. Furthermore, that Dunham is authorized and directed on behalf of the Corporation to execute and verify a petition in the name of the Corporation under Chapter 11 of Title 11, United States Code and to cause the same to be filed in the United States Bankruptcy Court for the Middle District of Florida, Tampa Division (the "Bankruptcy Case") in such form and at such time as Dunham on behalf of the Corporation shall determine. Finally, that Dunham is authorized and directed to execute and file or cause to be executed and filed all necessary documents including without limitation affidavits, applications, lists, motions, notices, papers, petitions, pleadings, schedules and statements as deemed necessary and proper in connection with the Bankruptcy Case.

## RESOLUTION II – BANKRUPTCY COUNSEL

**RESOLVED,** that David Jennis, P.A. d/b/a Jennis Morse Etlinger ("Bankruptcy Counsel"), located at 606 E. Madison Street, Tampa, Florida 33602, shall hereby be employed and retained as bankruptcy counsel for the Corporation in the Bankruptcy Case. Furthermore, that Dunham was authorized and directed on behalf of the Corporation to execute an *Engagement Agreement* with Bankruptcy Counsel to employ and retain the Bankruptcy Counsel. In addition, that Bankruptcy Counsel is authorized **(i)** to accept and rely upon all oral and written instructions from Dunham without the need to determine the authority or correctness or otherwise investigate the instructions, as the instructions of the Corporation; and, **(ii)** to communicate, both orally and in writing, with Dunahm regarding the Bankruptcy Case.

### RESOLUTION III – BANKRUPTCY COUNSEL RETAINER AND FEES

**RESOLVED,** that the Corporation was authorized to pay Bankruptcy Counsel an evaluative retainer of $7,500.00 and is authorized to pay Bankruptcy Counsel a retainer of $10,000.00 within thirty days of filing the Bankruptcy Case. The Corporation will pay Bankruptcy Counsel its allowed administrative claim pursuant to the terms identified in the Bankruptcy Case or as otherwise agreed upon between the Corporation and Bankruptcy Counsel.

### RESOLUTION IV – RATIFICATION OF ACTIONS

**RESOLVED,** that the Corporation does hereby adopt, approve, confirm, consent and ratify in all respects the deeds taken by Dunham and Bankruptcy Counsel **(i)** to seek relief under Chapter 11 of Title 11, United States Code; **(ii)** in connection with the Bankruptcy Case; or, **(iii)** any matter related thereto.

**IN WITNESS WHEREOF,** the undersigned in his corporate capacity of the Corporation has signed this Resolution on this 26TH day of July, 2021.

**MARINETEK NORTH AMERICA, INC.**

By: _____

Print Name: John Dunham

Capacity: Bankruptcy Officer

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Marinetek North America, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                                                        12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Adams and Reese, LLP**<br>Dept. 5208<br>PO Box 2153<br>Birmingham, AL 35287 | | **Professional services** | | | | $8,266.50 |
| **Argos USA, LLC**<br>PO Box 733134<br>Dallas, TX 75373 | | **Trade debt** | | | | $15,204.04 |
| **Beyel Brothers, Inc.**<br>PO Box 236246<br>Cocoa, FL 32923 | | **Trade debt** | | | | $29,300.00 |
| **Consys Construction Co. Ltd.**<br>PO Box DV310<br>Devonshire DVBX BERMUDA | | **Trade debt** | | | | $22,791.50 |
| **Correia, LTD**<br>PO Box DV310<br>Devonshire DVBX BERMUDA | | **Trade debt** | | | | $30,365.58 |
| **DLA Piper, LLP**<br>PO Box 75190<br>Baltimore, MD 21275 | | **Trade debt** | | | | $13,129.39 |
| **Garcia & Ortiz, P.A.**<br>c/o Robert E. Burguieres,Esq<br>1701 Dr. MLK Jr. Street N.<br>Saint Petersburg, FL 33704 | | **Professional services** | **Disputed** | | | $36,070.00 |
| **GTI Global Freight Sys, Inc.**<br>5020 Fairway Street<br>Lachine QC H8T 1B8 CANADA | | **Trade debt** | | | | $38,748.38 |

Debtor **Marinetek North America, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Kelley Equipment Company** 4140 118th Avenue N. Clearwater, FL 33762 | | **Trade debt** | **Disputed** | | | $60,000.00 |
| **L&G Law Group, LLP** 175 W. Jackson Boulevard Suite 950 Chicago, IL 60604 | | **Professional services** | | | | $24,420.00 |
| **Marinetek Adriantic D.O.O.** Vattuniemenkatu 3 00210 Helsinki FINLAND | | | | | | $60,670.28 |
| **Marinetek Finland Oy** Vattuniemenkatu 3 00210 Helsinki FINLAND | | | | | | $76,611.22 |
| **Marinetek Group Oy** Vattuhniemenkatu 3 00210 Helsinki FINLAND | | | | | | $6,173,811.00 |
| **McNichols Co.** PO Box 101211 Atlanta, GA 30392 | | **Trade debt** | | | | $9,691.47 |
| **Nordea Bank** 437 Madison Avenue New York, NY 10022 | | **Line of Credit** | | | | $553,394.19 |
| **State of Florida Department of Revenue** 6302 E. Dr. MLK Jr. Blvd. Tampa, FL 33619 | | **Sales Tax** | **Disputed** | | | $186,798.00 |
| **Waterfront Contracting, LLC** 914 Ewing Avenue Franklin Lakes, NJ 07417 | | **Trade debt** | | | | $19,377.46 |
| **White Cap Const. Supply** 8210 Sabal Industrial Blvd. Tampa, FL 33619 | | **Trade debt** | | | | $7,620.36 |

Debtor **Marinetek North America, Inc.** Case number *(if known)*
 Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Williams Scotsman Corporate Operations** **901 S. Bond Street St.** **Suite 600** **Baltimore, MD 21231** | | | | | | **$18,384.44** |
| **Wurth Action Bold & Tool Co.** **PO Box 1449** **Lake Worth, FL 33460** | | **Trade debt** | | | | **$9,600.00** |

# United States Bankruptcy Court
## Middle District of Florida

In re **Marinetek North America, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Marinetek Group Oy**<br>**Vattuhniemenkatu 3**<br>**00210 Helsinki Finland** | | **100%** | **Ownership** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sr. Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **July 26, 2021**

Signature **/s/ John Dunham**  
**John Dunham**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Marinetek North America, Inc.
111 2nd Avenue NE #360
Saint Petersburg, FL 33701

Concrete Reinforcements, Inc
13450 West Peoria Avenue
Surprise, AZ 85379

Garcia & Ortiz, P.A.
c/o Robert E. Burguieres,Esq
1701 Dr. MLK Jr. Street N.
Saint Petersburg, FL 33704

Daniel Etlinger
David Jennis, PA d/b/a Jennis Morse Etlinger
606 East Madison Street
Tampa, FL 33602

Consys Construction Co. Ltd.
PO Box DV310
Devonshire DVBX
BERMUDA

GTI Global Freight Sys, Inc.
5020 Fairway Street
Lachine QC H8T 1B8
CANADA

Abbey, Adams, Byelick &
Mueller, LLP
PO Box 1511
Saint Petersburg, FL 33731

Correia, LTD
PO Box DV310
Devonshire DVBX
BERMUDA

Hilti, Inc.
PO Box 11870
Newark, NJ 07101

Adams and Reese, LLP
Dept. 5208
PO Box 2153
Birmingham, AL 35287

Courney W. Olenek, Esq.
505 Maitland Avenue
Suite 1000
Altamonte Springs, FL 32701

Hilti, Inc.
7250 Dallas Parkway
Suite 1000
Plano, TX 75024

Argos USA, LLC
PO Box 733134
Dallas, TX 75373

DLA Piper, LLP
PO Box 75190
Baltimore, MD 21275

Humana
PO Box 4600
Carol Stream, IL 60197

Barcelona Equipment, Inc.
c/o Theodore Hamilton, Esq.
812 W. Dr. MLK Jr. Blvd
Suite 101
Tampa, FL 33603

Duke Energy
PO Box 1090
Charlotte, NC 28201

Internal Revenue Service
Centralized Insolvency
Operations
PO Box 7346
Philadelphia, PA 19101-7346

Beyel Brothers, Inc.
PO Box 236246
Cocoa, FL 32923

EAN Services, LLC
600 Corporate Park Drive
Saint Louis, MO 63105

IPFS Corporation
PO Box 412086
Kansas City, MO 64141

Brown & Brown of Florida,Inc
Pinellas Division
83 Park Place, Suite 101
Clearwater, FL 33759

Fastenal Company
PO Box 1286
Winona, MN 55987

John Dunham
111 2nd Avenue NE
Suite 360
Saint Petersburg, FL 33701

City of St. Petersburg
PO Box 33034
Saint Petersburg, FL 33733-8034

Florida Blue
11750 E. Colonia Drive
Suite B
Orlando, FL 32817

Kalyvas Group
111 2nd Avenue NE
Suite 702
Saint Petersburg, FL 33701

| | | |
|---|---|---|
| Kelley Equipment Company<br>4140 118th Avenue N.<br>Clearwater, FL 33762 | Marinetek Group Oy | Ravens Marine Inc.<br>3295 Orange Avenue<br>Kissimmee, FL 34744 |
| KPMG Advisory Ltd<br>4 Par-la-Ville Rd<br>Hamilton<br>HM08 Bermuda | Marshall Diel & Myers Ltd<br>Barristers & Attorneys<br>31 Ried Street<br>Hamilton | Reuben Clarson, P.E.<br>750 94th Avenue N<br>Suite 213<br>Saint Petersburg, FL 33702 |
| L&G Law Group, LLP<br>175 W. Jackson Boulevard<br>Suite 950<br>Chicago, IL 60604 | McAtee & Associates<br>5401 Central Avenue<br>Saint Petersburg, FL 33710 | Ring Central<br>6400 N. Andrews Avenue<br>Suite 200<br>Fort Lauderdale, FL 33309 |
| Lysa Hynes<br>8270 30th Avenue N.<br>Saint Petersburg, FL 33710 | McNichols Co.<br>PO Box 101211<br>Atlanta, GA 30392 | Ring Central |
| Lysa Hynes<br>8270 30th Avenue N.<br>Saint Petersburg, FL 33710 | Moffa, Sutton & Donnini PA<br>100 W. Cypress Creek Rd<br>Suite 930<br>Fort Lauderdale, FL 33309 | Smith Fence<br>4699 110th Avenue N.<br>Clearwater, FL 33762 |
| MacKinnon Equipment & Svs.<br>PO Box 26093<br>Tampa, FL 33619 | Nordea Bank<br>437 Madison Avenue<br>New York, NY 10022 | Spectrum Business<br>PO Box 31710<br>Tampa, FL 33631 |
| Marinetek Adriantic D.O.O.<br>Vattuniemenkatu 3<br>00210 Helsinki<br>FINLAND | Pinellas Co Tax Collector<br>315 Court Street<br>3rd Floor<br>Clearwater, FL 33756 | Spectum Business<br>4145 S. Falkenburg Road<br>Riverview, FL 33578 |
| Marinetek Finland Oy<br>Vattuniemenkatu 3<br>00210 Helsinki<br>FINLAND | Prestige Transport Division<br>11440 66th St. N.<br>Largo, FL 33773 | St. Petersburg Commerce Park<br>1330 2nd Street South<br>Saint Petersburg, FL 33710 |
| Marinetek Group Oy<br>Vattuhniemenkatu 3<br>00210 Helsinki<br>FINLAND | Ralph Marcadis, Esq.<br>5104 S. Westshore Blvd.<br>Tampa, FL 33611 | State of Florida<br>Department of Revenue<br>6302 E. Dr. MLK Jr. Blvd.<br>Tampa, FL 33619 |

Sure Built Manufacturing
1851 Massaro Boulvard
Tampa, FL 33619

Waterfront Contracting, LLC
914 Ewing Avenue
Franklin Lakes, NJ 07417

Synergy Rents, LLC
c/o Victor Holcomb, Esq.
3203 W. Cypress Street
Tampa, FL 33607

White Cap Const. Supply
8210 Sabal Industrial Blvd.
Tampa, FL 33619

Tangent Technologies, LLC
1001 Sullivan Road
Aurora, IL 60506

Williams Scotsman
Corporate Operations
901 S. Bond Street St.
Suite 600
Baltimore, MD 21231

Tarter, Krinsley & Drogin
1350 Broadway
New York, NY 10018

Wurth Action Bold & Tool Co.
PO Box 1449
Lake Worth, FL 33460

The Waterways Journal, Inc.
319 N. 4th Street
Suite 650
Saint Louis, MO 63102

Ticktin Law Group
270 SW Natrua Avenue
Deerfield Beach, FL 33441

United Rentals
4300 118th Avenue N.
Clearwater, FL 33762

United States Attorney
Attn: Civil Process Clerk
400 N. Tampa Street
Suite 3200
Tampa, FL 33602

United States Attorney
Department of Justice
950 Pennslyvania Avenue NW
Washington, DC 20530-0001

# United States Bankruptcy Court
## Middle District of Florida

In re  **Marinetek North America, Inc.**      Case No.
Debtor(s)     Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Marinetek North America, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Marinetek Group Oy**
**Vattuhniemenkatu 3**
**00210 Helsinki Finland**

☐ None [*Check if applicable*]

| | |
|---|---|
| **July 26, 2021** | **/s/ Daniel Etlinger** |
| Date | **Daniel Etlinger** |
| | Signature of Attorney or Litigant |
| | Counsel for **Marinetek North America, Inc.** |
| | **David Jennis, PA d/b/a Jennis Morse Etlinger** |
| | **606 East Madison Street** |
| | **Tampa, FL 33602** |
| | **(813) 229-2800** |
| | **ecf@JennisLaw.com** |